UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELARMINO AMAYA and CARLOS MEJIA,<br><br>                       Plaintiffs,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>                       Defendants. | Civ. No. 10-915 (DRD)<br><br><br>**O R D E R** |

This matter, having come before the Court on the motions of Plaintiffs, Belarmino Amaya and Carlos Mejia, for default judgment, pursuant to Fed. R. Civ. P. 55(b); and on the motion of Defendants, the State of New Jersey, Paula Dow, Philip Mogavero, Sherri Wells, Martin Farrell, Cesar Huaman, and Chad Kaspar, to vacate the clerk's entry of default and allowing the Defendants thirty days to answer, move or otherwise respond to the Complaint, pursuant to Fed. R. Civ. P. 60(b); and counsel for each plaintiff having indicated, via letter to the Court, that the plaintiffs are withdrawing their opposition to the Defendants' motion to vacate the clerk's entry of default; and the Court having considered the submissions of the parties; and for the good cause shown,

IT IS on this 3rd day of May 2010, hereby ORDERED that

2

  (1) The Defendants' motion to vacate the clerk's entry of default is GRANTED and the clerk's entry of default against the Defendants is vacated.

  (2) The Defendants shall have thirty days from the date of this order to answer, move, or otherwise respond to the Complaints.

  (3) The Plaintiffs' motions for default judgment are DENIED.

          /s/ Dickinson R. Debevoise
          DICKINSON R. DEBEVOISE, U.S.S.D.J.