PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for State of New Jersey and Paula T. Dow, Attorney General of New Jersey

By:  Jennifer S. Hsia
     Deputy Attorney General
     (609) 633-8687

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                         VICINAGE OF NEWARK
```

| RICHARD H. KRESS, | : | HON. DICKINSON R. DEBEVOISE, U.S.S.D.J. |
|---|---|---|
| Plaintiff, | : | |
| v. | : | Civ. Action No. 10-915 (DRD-MAS) |
| STATE OF NEW JERSEY, ET AL., | : | NOTICE OF MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO FED.R.CIV.P. 6(b)(1)(B) |
| Defendants. | : | |

TO:  CLERK OF THE COURT

     Glenn Cavanagh, Esq.
     Cavanagh & Associates
     727 Raritan Road
     Suite 202-A
     Clark, New Jersey 07066
     (Attorney for RHK)


     Jon-Henry Barr
     Barr & Canada, L.L.C.
     21 Brant Avenue
     Clark, New Jersey 07066
     (Attorney for RHK)

PLEASE TAKE NOTICE that on February 7, 2011, the undersigned Paula T. Dow, Attorney General of New Jersey, by Jennifer S. Hsia, Deputy Attorney General and Steven A. Yomtov, Deputy Attorney General, on behalf of State of New Jersey and Paula T. Dow, Attorney General of New Jersey, shall move before the Honorable Dickinson R. Debevoise, U.S.S.D.J., in the United States Court House, Newark, New Jersey, for an order dismissing the Second Amended Verified Complaint pursuant to Fed. R. Civ.P. 12(b)(6) or in the alternative an Order granting Summary Judgment pursuant to Fed.R.Civ.P. 56.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the enclosed brief, declaration of Jennifer S. Hsia and exhibit in support of this motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of Order is attached.

                                PAULA T. DOW
                                ATTORNEY GENERAL OF NEW JERSEY

By: *s/ Jennifer S. Hsia*
      Jennifer S. Hsia
      Deputy Attorney General

Dated: January 24, 2011