**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

BELARMINO AMAYA, et. al,

                Plaintiffs,

v.

STATE OF NEW JERSEY, et. al,

                Defendants.

Civ. No. 10-0915 (DRD)

(CLOSED)

**ORDER**

This matter having come before the Court on Plaintiff's and Defendants' Motions for Summary Judgment; and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 10th day of February, 2011, hereby ORDERED that Plaintiff Richard H. Kress's Motion for Summary Judgment is DENIED. Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's Second Verified Amended Complaint is DISMISSED.

                s/ Dickinson R. Debevoise
                DICKINSON R. DEBEVOISE, U.S.S.D.J.